AARON J. KELLOGG, *v.* FORDYCE COWING, and THE COMMER-
CIAL BANK OF ALBANY, *v.* FORDYCE COWING.

JUDGMENT by confession had been entered in the first
above entitled cause upon the following statement of facts:
" This confession of judgment is for a debt justly to become
due from me to the above plaintiff (Aaron J. Kellogg), on or
about the 15th day of December, 1859, and the following are
the facts upon which said indebtedness arises. The plaintiff
had been in the employ of the defendant for several years
upon a salary. From year to year defendant had settled with
plaintiff, allowing him interest upon such amount or amounts
as remained unpaid. That on the 15th day of December,
1857, the plaintiff and defendant settled, and there was then
due to the plaintiff four thousand and three hundred dollars,
for which sum defendant then gave his note payable in two
years with interest; that the amount of said note with inter-
est, on the 15th day of December, 1859, will be the sum of
four thousand nine hundred and two dollars; and no pay-
ments have been made on the said note, or the interest
thereon." This statement was duly verified. The assignee
of the plaintiff in the second above entitled actions, at
Special Term, moved to set aside the judgment on the ground
of the insufficiency of the statement under the requirements of
the second clause of section 383 of the Code, which motion
was granted; but on appeal to the General Term, the order
setting aside the judgment was reversed, and an appeal was
taken to this court.

HELD, that the foregoing statement embraces substantially
all the facts essential to sustain the judgment, and that the
judgment of the General Term be affirmed.